UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA MITCHELL,

    Plaintiff,

v.

    Case No. 1:25-cv-1347

    HON. JANE M. BECKERING

CAPITAL ONE, N.A.,

    Defendant.
_____/

## ORDER

This is a civil action filed by a *pro se* litigant. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 6) on November 6, 2025, recommending that the Court dismiss this matter without prejudice for lack of subject matter jurisdiction or, alternatively, for failure to state a claim, and recommending that an appeal would not be taken in good faith. The Report and Recommendation was duly served on Plaintiff.[1] No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 6) is APPROVED and ADOPTED as the Opinion of the Court, and this matter is DISMISSED for lack of subject matter jurisdiction, or alternatively, for failure to state a claim.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of the Judgment would not be taken in good faith.

A Judgment will be entered consistent with this Order.

Dated: December 1, 2025                                  /s/ Jane M. Beckering
                                                                                 JANE M. BECKERING
                                                                                 United States District Judge

---

[1] Plaintiff is the only party that has appeared in the case at this time.